IN RE ESTATE OF GEORGE W. BOWEN, DECEASED
[No. 20, January Term, 1937.]

*Decided March 17th, 1937.*

The cause was submitted on brief to BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*G. L. Pendleton,* for the appellants.

The opinion was delivered *per Curiam.*